**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
TYRUS COBB
Nevada Bar No. 8031
Emails: ghayes@tysonmendes.com
 tcobb@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant Walmart, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JANETTA WENDELBOE,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART INC. dba WALMA RT #2884, a foreign corporation; Company; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | Case No.: 2:25-cv-00514-JAD-DJA<br><br>**STIPULATION REGARDING FRCP 35 MEDICAL EXAMINATION OF PLAINTIFF** |

IT IS HEREBY STIPULATED AND AGREED between the parties that the following parameters concerning the Plaintiff's Rule 35 Examination with Jeffrey Wang, M.D., scheduled for December 19, 2025 at 9:30 a.m. 2500 W Sahara Ave, Suite 207, Las Vegas, NV 89102, shall be imposed pursuant to the following:

    1.    Defense counsel shall provide a written description of the full scope of the examination in the Notice of Rule 35 Examination.

    2.    All paperwork to be completed by Plaintiff shall be provided to our office at least five (5) days prior to the examination.

    3.    Plaintiff shall not complete any additional paperwork at the examination location.

    4.    Only Plaintiff, an observer, the examining doctor, and the doctors necessary staff will be present during the examination.

///

5. No *sub rosa* video will be performed the day of examination.

6. Liability questions may not be asked by the examining physician or any agent or representative of the examining physician and are to express no opinions with respect to liability for the underlying accident.

7. No x-rays or radiographs (or MRIs) may be obtained during the examination.

8. No physically painful or intrusive procedures may be utilized during the examination.

9. The examining physician shall not contact any of Plaintiff's treating health care providers to discuss the case.

10. Defense counsel shall provide the examination report per FRCP 35(b) by no later than 30 days from the date of the IME.

11. Plaintiff shall not be kept waiting in the doctor's waiting room for longer than 15 minutes.

12. The Examination is also to be limited to Plaintiff's medical condition(s) at issue as set forth in the pleadings herein, any and all discovery, and all medical records produced in the matter.

13. Defendants shall produce the examining doctor's report, including any raw data used or relied upon, to Plaintiff's counsel within thirty (30) days after the Examination or in accordance with the applicable Discovery/Court Scheduling Order, whichever comes first.

14. The Examination will be referred to either as a Defense Medical Examination or as a Rule 35 Examination in these proceedings, and not an Independent Medical Examination.

15. Nothing associated with this Examination will create a doctor-patient relationship between Plaintiff and the examining doctor.

16. Plaintiff will not be charged a fee for undergoing the Examination.

///

///

17. Plaintiff will not be bringing any medical records or films to the Examination.

**IT IS SO STIPULATED.**

DATED this 18th day of December, 2025.          DATED this 18th day of December, 2025.

**THE702FIRM INJURY ATTORNEYS**                  **TYSON & MENDES LLP**

/s/ *Brett Schwartz*                             /s/ *Griffith Hayes*

MICHAEL C. KANE                                  GRIFFITH H. HAYES
Nevada Bar No. 10096                             Nevada Bar No. 7374
BRADLEY J. MYERS                                 TYRUS COBB
Nevada Bar No. 8857                              Nevada Bar No. 8031
BRETT J. SCHWARTZ                                2835 St. Rose Parkway, Suite 140
Nevada Bar No. 13755                             Henderson, Nevada 89052
8335 W. Flamingo Road                            *Attorneys for Defendant Walmart, Inc.*
Las Vegas, Nevada 89147
*Attorneys for Plaintiff*

**IT IS SO ORDERED**.

DATED: 12/22/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**Kellene Fletcher**

| | |
|---|---|
| **From:** | Stefania Rota Scalabrini |
| **Sent:** | Wednesday, December 17, 2025 5:00 PM |
| **To:** | Kellene Fletcher |
| **Subject:** | FW: Wendelboe v. Walmart - Rule 35 Examination |
| **Attachments:** | revised Stip re IME (A0311110xDBB43).DOCX |

Below is approval re Stip. Can you please file the Stipulation? Thank you.



**Stefania Rota Scalabrini**
**Paralegal**

2835 St. Rose Pkwy., Suite 140

Henderson, Nevada 89052

**Main**: 702.724.2648

**Direct**: 725.605.4276

**Fax**: 702.410.7684

srotascalabrini@tysonmendes.com

www.tysonmendes.com

Mansfield Rule Certified 2023-2024

*This email and any attachments are from the law firm of Tyson & Mendes, LLP. This email is intended only for the use of the addressee and may contain information that is proprietary, confidential, privileged, or protected by state or federal law. If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this email and attachments are prohibited. If you received this email in error, please notify us by reply email immediately so we may arrange for the retrieval of the information*

**From:** Brett Schwartz <Brett@the702firm.com>
**Sent:** Wednesday, December 17, 2025 4:58 PM
**To:** Stefania Rota Scalabrini <SRotascalabrini@TysonMendes.com>; John Coupe <john@the702firm.com>
**Cc:** Griffith Hayes <ghayes@TysonMendes.com>
**Subject:** Re: Wendelboe v. Walmart - Rule 35 Examination

I appreciate the correction. Please submit with my signature.

Best,
Brett

Brett J. Schwartz, Esq.
Attorney
**THE702FIRM** Injury Attorneys
Direct:  702-342-2193
brett@the702firm.com