MICHAEL C. KANE, ESQ.
Nevada Bar No.: 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No.: 8857
JOEL S. HENGSTLER, ESQ.
Nevada Bar No.: 15181
BRETT J. SCHWARTZ, ESQ.
Nevada Bar No. 13755
**THE702FIRM INJURY ATTORNEYS**
8335 West Flamingo Road
Las Vegas, Nevada 89147
Telephone:      (702) 776-3333
Facsimile:      (702) 505-9787
***E-Mail:***      *service@the702firm.com*
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

JANETTA WENDELBOE,

     Plaintiff,

vs.

WALMART INC. dba WALMART #2884, a Foreign Corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,

     Defendants.

CASE NO.:   2:25-CV-00514-JAD-DJA

## STIPULATION AND ORDER TO ALLOW PLAINTIFF TO AMEND COMPLAINT TO  REFLECT THE CORRECT ACCIDENT DATE

IT IS HEREBY STIPULATED by and between Plaintiff JANETTA WENDELBOE ("Plaintiff"), and Defendant, WALMART INC. dba WALMART #2884, ("Defendant"), by and through their respective counsel of record, that Plaintiff be permitted to file an Amended Complaint to reflect the correct date of accident.

/ / /

/ / /

/ / /

THE702FIRM
Attorneys at Law
8335 West Flamingo Road
Las Vegas, NV 89147

1

A copy of Plaintiff's proposed 1st Amended Complaint is attached hereto as **EXHIBIT 1**.

**IT IS SO STIPULATED**.

Dated this 23rd day of January, 2026.                Dated this 23rd day of January, 2026.

**THE702FIRM**                                          **TYSON & MENDES LLP**

/s/ *Brett Schwartz*                                    /s/ *Griffith Hayse*
BRETT J. SCHWARTZ, ESQ.                                 Griffith Hayes, Esq.
Nevada Bar No. 11597                                    Nicholas F. Psyk, Esq.
8335 West Flamingo Road                                 2835 St. Rose Pkwy., Suite 140
Las Vegas, Nevada 89147                                 Henderson, NV 89052
Attorney for Plaintiff                                  *Attorneys for Defendant*

## ORDER

IT IS HEREBY ORDERED that the parties' **Stipulation to Amend Complaint** is GRANTED.

Plaintiff shall file the Amended Complaint within __5__ **days** of the entry of this Order.

IT IS SO ORDERED.

DATED:  1/27/2026

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

 Outlook

---

## Fw: Wendelboe v. Walmart, Inc.-Plaintiff's Initial Designation of Expert Witnesses

---

**From** Brett Schwartz <Brett@the702firm.com>

**Date** Fri 1/23/2026 11:20 AM

**To** TeamBrett <TeamBrett@the702firm.com>

The SAO is good to file. Thanks!

Brett J. Schwartz, Esq.
Attorney
**THE702FIRM** Injury Attorneys
Direct:  702-342-2193
brett@the702firm.com

---

**From:** Griffith Hayes <ghayes@tysonmendes.com>
**Sent:** Friday, January 23, 2026 11:17 AM
**To:** Brett Schwartz <Brett@the702firm.com>
**Subject:** RE: Wendelboe v. Walmart, Inc.-Plaintiff's Initial Designation of Expert Witnesses

This is fine Brett. Okay to affix my signature with the understanding the only change is a date change. Griff



Griffith H. Hayes
**Partner**
2835 St. Rose Parkway, Suite 140
Henderson, Nevada 89052
Phone: 702.724.2648
Direct: 725.210.6781
Fax: 702.410.7684
GHayes@Tysonmendes.com
www.Tysonmendes.com

*This email and any attachments are from the law firm of Tyson & Mendes, LLP.  This email is intended only for the use of the addressee and may contain information that is proprietary, confidential, privileged, or protected by state or federal law.  If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents*

*of this email and attachments are prohibited. If you received this email in error, please notify us by reply email immediately so we may arrange for the retrieval of the information.*

**From:** Brett Schwartz <Brett@the702firm.com>
**Sent:** Friday, January 23, 2026 10:52 AM
**To:** Griffith Hayes <ghayes@tysonmendes.com>
**Subject:** Re: Wendelboe v. Walmart, Inc.-Plaintiff's Initial Designation of Expert Witnesses

Hey Griff,

Our Complaint inadvertently lists May 22nd, 2023 instead of Aprill 22, 2023. All of the documents in the case confirm April 22, 2023 is the correct date, and I suspect the mistake was typological to start with.

We've drafted an SAO to amend and an amended complaint with ONLY that change. Let me know if we can submit with your signature, or if you have any questions and concerns.

Hope you have a great weekend!
Brett

Attorney
**THE702FIRM** Injury Attorneys
Direct: 702-342-2193
brett@the702firm.com

---

**From:** Griffith Hayes <ghayes@tysonmendes.com>
**Sent:** Friday, January 9, 2026 4:03 PM
**To:** Brett Schwartz <Brett@the702firm.com>
**Subject:** RE: Wendelboe v. Walmart, Inc.-Plaintiff's Initial Designation of Expert Witnesses

Thanks.



Griffith H. Hayes
**Partner**
2835 St. Rose Parkway, Suite 140
Henderson, Nevada 89052
Phone: 702.724.2648
Direct: 725.210.6781
Fax: 702.410.7684
GHayes@Tysonmendes.com

**EXHIBIT 1**

THE702FIRM
Attorneys at Law
8335 West Flamingo Road
Las Vegas, NV 89147

**COMJD**
MICHAEL C. KANE. ESQ.
Nevada Bar No.: 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No.:8857
BRETT J. SHWARTZ, ESQ.
Nevada Bar No.: 13755
**THE702FIRM**
8335 W. Flamingo Road
Las Vegas, Nevada 89147
Telephone:      (702) 776-3333
Facsimile:      (702) 505-9787
E-Mail:         mike@the702firm.com
                brad@the702firm.com
                brett@the702firm.com
*Attorneys for Plaintiff*

## DISTRICT COURT
## CLARK COUNTY, NEVADA

JANETTA WENDELBOE,

      Plaintiff,

vs.

WALMART INC. dba WALMART #2884, a foreign corporation; Company; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,

      Defendants.

Case No. :  2:25-CV-00514-JAD-DJA

<u>**AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**</u>

Plaintiff, JANETTA WENDELBOE, by and through her attorneys of record, MICHAEL C. KANE, ESQ., BRADLEY J. MYERS, ESQ., and BRETT J. SCHWARTZ, ESQ. of **THE702FIRM** and for her Complaint against the Defendant WALMART INC. dba WALMART #2884, states, asserts and alleges as follows:

## JURISDICTIONAL STATEMENT

1.      The Eighth Judicial District Court has jurisdiction of the civil tort action pursuant to NRCP 8(a)(4) and NRS 41.130 as the occurrence giving rise to this matter took place in Clark County, Nevada, and the amount in controversy exceeds $15,000.00. Venue is proper in the Eighth

Judicial District Court, pursuant to NRS 13.040.

## GENERAL ALLEGATIONS

1. Plaintiff, JANETTA WENDELBOE ("Plaintiff WENDELBOE"), is and was, at all times relevant to these proceedings, a resident of Clark County, State of Nevada.

2. Upon information and belief, Defendant WALMART INC. dba WALMART #2884 ("WALMART"), is and was, a foreign corporation, who is duly authorized to and conducting business in the County of Clark, State of Nevada.

3. That the true names and capacities of the Defendants, DOES I through X, inclusive, and ROE Corporations I through X, inclusive, are unknown to the Plaintiff, who therefore sues said Defendants by said fictitious names. Plaintiff is informed, believes and therein alleges that each of the Defendants designated as DOES I through X are in some manner negligently responsible for the events and happenings referred to and caused damages proximately to Plaintiff as herein alleged. Plaintiff is informed, believes and therein alleges that each of the Defendants designated as DOES 1 through 10 and ROES 1 through 10 are owners, agents, employees, general contractors, sub-contractors, and/or assigns of Defendant, who while within the scope and course of their assigned duty or task with said Defendant, were wholly or partially responsible for the negligence alleged herein. Plaintiff will seek leave of the Court to amend this Complaint to insert the true names, whether individual, corporate, associate or otherwise, of such Defendants when the same have been ascertained.

4. Plaintiff is informed and believes and thereon allege that at all relevant times herein mentioned ROE and DOE Defendants, and each of them, were agents and/or servants and/or employees and/or joint venture partners and/or employees of the remaining Defendants and were acting within the course and scope of such agency, employment, partnership or joint venture and with the knowledge and consent of the remaining Defendants.

5. The facts and circumstances that give rise to the subject lawsuit occurred in Clark County, Nevada, on the premises of the WALMART, which, upon information and belief, is owned, operated, controlled, leased, managed, performed work, maintained, promoted, advertised, provided briefings about, employed or otherwise engaged in actions surrounding the property located at 8060 W Tropical Pkwy, Las Vegas, NV 89149, more commonly known as WALMART

#2884 (hereinafter referred to as the "Property").

6.    On or about April 22nd, 2023, Plaintiff WENDELBOE was lawfully present at Defendant's Property as an invitee.

7.    On or about April 22nd, 2023, Plaintiff WENDELBOE, was walking within the store when she slipped and fell on liquid (from all appearances the liquid was vomit) on the floor with no warning signs (hereinafter, referred to as the "Dangerous Condition"), thereby sustaining serious injuries.

8.    Upon information and belief, at the same time and place, DOE Defendants, were working in the course and scope of their employment for WALMART, and/or ROE CORPORATIONS, and observed, knew, or were informed that liquid was present on the floor and failed to clean up the liquid and/or warn anyone about the liquid present on the floor prior to Plaintiff WENDELBOE falling.

9.    Upon information and belief, DOE Defendants are employees of Defendant WALMART and/or ROE CORPORATIONS and were acting in the course and scope of their employment at the time of the aforementioned accident.

### FIRST CLAIM FOR RELIEF
**(*Negligence – Premises Liability*)**

10.    Plaintiff repeats and realleges the allegations above, as though fully set forth and herein.

11.    On or about April 22nd, 2023, and for some time prior thereto, Defendants, and each of them, by and through their authorized agents, servants, and employees, acting within the course and scope of their employment, negligently and carelessly owned, maintained, operated, occupied, and controlled the property in that they failed to inspect, maintain, and warn of the Dangerous Condition in and about the property, thereby creating a dangerous and hazardous condition to guests and invitees of Defendant and more particularly, Plaintiff WENDELBOE; and thereafter Defendants, and each of them, permitted, allowed, and caused said unsafe condition to be created and to remain even though Defendants knew or, through the exercise of ordinary care and diligence, should have known, that the presence of the vomit on the floor without any wet floor signs presented a Dangerous Condition; Defendants, and their agents, servants and/or employees,

THE702FIRM
ATTORNEYS AT LAW
8335 W. Flamingo Road
Las Vegas, Nevada
89147 PHONE: (702) 776-3333

3

and each of the Defendants, failed to maintain, inspect, and repair the Dangerous Condition on said premises; and Defendants and their agents, servants and/or employees and each of the Defendants, negligently, carelessly and recklessly failed to inspect the Premises and correct said condition, or warn Plaintiff WENDELBOE of the dangerous and hazardous condition thereon.

12.     Specifically, Defendant knew, or should have known through use of due care and regular inspection, of the Dangerous Condition created by vomit on the floor of the store.

13.     The Defendants, and each of them, breached their duty to Plaintiff WENDELBOE by creating or allowing a dangerous Condition from floor area, by not providing warning of such a known condition, and by failing to alert its guests and invitees, including and particularly Plaintiff herein, of this Dangerous Condition, and otherwise exercise reasonable care for their protection.

14.     Employers, masters, and principals are vicariously liable for the torts committed by their employees, servants, and agents if the tort occurs while the employee, servant or agent was acting in the course and scope of their employment.

15.     Accordingly, pursuant to N.R.S. 41.130, Defendants, and each of them, are vicariously liable for the damages caused by their employees' actions and negligence, further encompassing the actions of those hired by Defendants to maintain the premises and equipment. N.R.S. 41.130 states as follows:

> Except as otherwise provided in N.R.S. 41.745, whenever any person shall suffer personal injury by wrongful act, neglect or default of another, the person causing the injury is liable to the person injured for damages; and where the person causing the injury is employed by another person or corporation responsible for his conduct, that person or corporation so responsible is liable to the person injured for damages.

16.     The Defendants were the employers, masters, and principals of each other, the remaining Defendants, and other employees, agents, independent contractors and/or representatives who negligently failed to inspect, maintain, and warn of dangerous conditions in and about the common areas, and those other areas open to the public, on the Premises.

17.     As a result of the premises, and a direct and proximate result of the aforesaid negligence of the Defendants, and each of them, Plaintiff suffered severe injuries and has sustained damages in excess of $15,000.00.

18.     As a result of the premises, and a further direct and proximate result of the aforesaid

negligence of the Defendants, and each of them, Plaintiff incurred expenses for medical care and treatment in an amount in excess of $15,000.00 and will incur expenses for medical care and treatment in the future in an amount to be proven at trial.

19.     Plaintiff has been compelled to retain the services of an attorney to represent her in this action and is, therefore, entitled to reasonable attorney's fees and costs incurred herein.

## SECOND CAUSE OF ACTION
### *(Negligent Hiring, Training, Retention, and Supervision)*

20.     Plaintiff repeats and realleges the allegations above, as though fully set forth and herein.

21.     At all times mentioned herein, Defendant WALMART and DOE and/or ROE entities, had a duty to hire competent persons, properly train them for tasks they would perform, and supervise them in performance of those tasks so as to avoid unreasonable risk of harm to the general public, invitees, patrons, and business invitees of Defendant.

22.     Defendants, and each of them, were responsible for hiring, training, retaining, supervision, and control of employee(s), including Does and Roes, and as a direct and proximate result of aforementioned Defendants' negligence in hiring, training, supervising, and controlling employee(s), including Defendants Does and Roes, Plaintiff WENDELBOE suffered injuries and damages as herein alleged.

23.     Defendants WALMART, DOE and/or ROE entities breached their duty to properly train, supervise, retain and/or supervise its employees.

24.     As a direct and proximate result of the actions of Defendants, and each of their failure to exercise reasonable care in the hiring, training, retention, and supervision of employee(s), including Defendants Does and Roes, Plaintiff WENDELBOE suffered damages and injuries as alleged herein an amount in excess of $15,000.00.

Plaintiff has been forced to retain the services of an attorney in this action and is entitled to reasonable attorney's fees and costs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff WENDELBOE prays for judgment on all claims for relief against the Defendants, and each of them, as follows:

1.      General Damages in an amount in excess of $15,000.00;

2.      Special Damages in an amount excess of $15,000.00;

3.      For Compensatory Damages in an amount in excess of $15,000.00;

4.      Costs of suit, reasonable attorney fees, interest incurred herein; and

5.      For such other relief as the Court deems just and proper.

DATED this _____ day of January, 2026.

**THE702FIRM INJURY ATTORNEYS**

/s/ *Brett Schwartz*
MICHAEL C. KANE. ESQ.
Nevada Bar No.: 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No.: 8857
BRETT J. SCHWARTZ, ESQ.
Nevada Bar No.:  13755
8335 West Flamingo Road
Las Vegas, Nevada 89147
*Attorneys for Plaintiff*

## **DEMAND FOR JURY TRIAL**

Plaintiff, by and through her attorneys of record, THE702FIRM, hereby demands a jury trial of all of the issues in the above matter.

DATED this _____ day of _____, 2026.

**THE702FIRM INJURY ATTORNEYS**

/s/ *Brett Schwartz*
MICHAEL C. KANE. ESQ.
Nevada Bar No.: 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No.: 8857
BRETT J. SCHWARTZ, ESQ.
Nevada Bar No.: 13755
8335 West Flamingo Road
Las Vegas, Nevada 89147
*Attorneys for Plaintiff*

**THE702FIRM**
**ATTORNEYS AT LAW**
**8335 W. Flamingo Road**
**Las Vegas, Nevada**
**89147 PHONE: (702) 776-3333**

7

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that on the 17th day of December 2025, I serviced of a true and correct copy of the **PLAINTIFF'S FIRST AMENDED COMPLAINT** the CM/ECF system of the United States District Court for the District of Nevada (or, if necessary, by electronic mail and/or U.S. Mail, first class, postage pre-paid), upon the following:

Griffith Hayes, Esq.
Nicholas F. Psyk, Esq.
TYSON & MENDES LLP
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
*Attorneys for Defendant*

_____ Via CM/ECF of the United States District Court

_____ Via U.S. Mail by placing said document in a sealed envelope with prepaid postage.

XX   Via Electronic Mail:

npsyk@tysonmendes.com
ghayes@tysonmendes.com

_____ Via Facsimile:

/s/ *Johanne Adams*
An employee of THE702FIRM

**SAO**
MICHAEL C. KANE, ESQ.
Nevada Bar No.: 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No.: 8857
JOEL S. HENGSTLER, ESQ.
Nevada Bar No.: 15181
BRETT J. SCHWARTZ, ESQ.
Nevada Bar No. 13755
**THE702FIRM INJURY ATTORNEYS**
8335 West Flamingo Road
Las Vegas, Nevada 89147
Telephone:    (702) 776-3333
Facsimile:    (702) 505-9787
***E-Mail:*** ***service@the702firm.com***
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

JANETTA WENDELBOE,

     Plaintiff,

vs.

WALMART INC. dba WALMART #2884, a Foreign Corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,

     Defendants.

CASE NO.:   2:25-CV-00514-JAD-DJA

## STIPULATION AND ORDER TO ALLOW PLAINTIFF TO AMEND COMPLAINT TO  REFLECT THE CORRECT ACCIDENT DATE

IT IS HEREBY STIPULATED by and between Plaintiff JANETTA WENDELBOE ("Plaintiff"), and Defendant, WALMART INC. dba WALMART #2884, ("Defendant"), by and through their respective counsel of record, that Plaintiff be permitted to file an Amended Complaint to reflect the correct date of accident.

/ / /

/ / /

THE702FIRM
Attorneys at Law
8335 West Flamingo Road
Las Vegas, NV 89147

1

A copy of Plaintiff's proposed 1st Amended Complaint is attached hereto as **EXHIBIT 1**.

**IT IS SO STIPULATED**.

Dated this 23rd day of January, 2026.

Dated this 23rd day of January, 2026.

**THE702FIRM**

**TYSON & MENDES LLP**

/s/ *Brett Schwartz*
BRETT J. SCHWARTZ, ESQ.
Nevada Bar No. 11597
8335 West Flamingo Road
Las Vegas, Nevada 89147
Attorney for Plaintiff

/s/ *Griffith Hayse*
Griffith Hayes, Esq.
Nicholas F. Psyk, Esq.
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
*Attorneys for Defendant*

### ORDER

IT IS HEREBY ORDERED that the parties' **Stipulation to Amend Complaint** is GRANTED.

Plaintiff shall file the Amended Complaint within _____ **days** of the entry of this Order.

**IT IS SO ORDERED**.

DATED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

Case 2:25-cv-00514-JAD-DJA    Document 19-1    Filed 01/27/26    Page 16 of 17

 **Outlook**

---

## Fw: Wendelboe v. Walmart, Inc.-Plaintiff's Initial Designation of Expert Witnesses

---

**From** Brett Schwartz <Brett@the702firm.com>

**Date** Fri 1/23/2026 11:20 AM

**To** TeamBrett <TeamBrett@the702firm.com>

---

The SAO is good to file. Thanks!

Brett J. Schwartz, Esq.
Attorney
**THE702FIRM** Injury Attorneys
Direct:  702-342-2193
brett@the702firm.com

---

**From:** Griffith Hayes <ghayes@tysonmendes.com>
**Sent:** Friday, January 23, 2026 11:17 AM
**To:** Brett Schwartz <Brett@the702firm.com>
**Subject:** RE: Wendelboe v. Walmart, Inc.-Plaintiff's Initial Designation of Expert Witnesses

This is fine Brett. Okay to affix my signature with the understanding the only change is a date change. Griff



Griffith H. Hayes
**Partner**
2835 St. Rose Parkway, Suite 140
Henderson, Nevada 89052
Phone: 702.724.2648
Direct: 725.210.6781
Fax: 702.410.7684
GHayes@Tysonmendes.com
www.Tysonmendes.com

*This email and any attachments are from the law firm of Tyson & Mendes, LLP.  This email is intended only for the use of the addressee and may contain information that is proprietary, confidential, privileged, or protected by state or federal law.  If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents*

*of this email and attachments are prohibited. If you received this email in error, please notify us by reply email immediately so we may arrange for the retrieval of the information.*

---

**From:** Brett Schwartz <Brett@the702firm.com>
**Sent:** Friday, January 23, 2026 10:52 AM
**To:** Griffith Hayes <ghayes@tysonmendes.com>
**Subject:** Re: Wendelboe v. Walmart, Inc.-Plaintiff's Initial Designation of Expert Witnesses

Hey Griff,

Our Complaint inadvertently lists May 22nd, 2023 instead of Aprill 22, 2023. All of the documents in the case confirm April 22, 2023 is the correct date, and I suspect the mistake was typological to start with.

We've drafted an SAO to amend and an amended complaint with ONLY that change. Let me know if we can submit with your signature, or if you have any questions and concerns.

Hope you have a great weekend!
Brett

Attorney
**THE702FIRM** Injury Attorneys
Direct: 702-342-2193
brett@the702firm.com

---

**From:** Griffith Hayes <ghayes@tysonmendes.com>
**Sent:** Friday, January 9, 2026 4:03 PM
**To:** Brett Schwartz <Brett@the702firm.com>
**Subject:** RE: Wendelboe v. Walmart, Inc.-Plaintiff's Initial Designation of Expert Witnesses

Thanks.



**Griffith H. Hayes**
**Partner**
2835 St. Rose Parkway, Suite 140
Henderson, Nevada 89052
Phone: 702.724.2648
Direct: 725.210.6781
Fax: 702.410.7684
GHayes@Tysonmendes.com