**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
Emails: ghayes@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant Walmart, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JANETTA WENDELBOE,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC. dba WALMA RT #2884, a foreign corporation; Company; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-00514-JAD-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff JANETTA WENDELBOE, an individual, by and through her counsel, THE702FIRM INJURY ATTORNEYS and Defendant WALMART, INC., by and through its counsel, TYSON & MENDES, LLP, that Plaintiff's complaint and all causes of action therein be dismissed with prejudice with each party to bear their own fees and costs.

| | |
|---|---|
| DATED this 21st day of August, 2026. | DATED this 21st day of August, 2026. |
| **THE702FIRM INJURY ATTORNEYS** | **TYSON & MENDES LLP** |
| [signature]<br>MICHAEL C. KANE<br>Nevada Bar No. 10096<br>BRADLEY J. MYERS<br>Nevada Bar No. 8857<br>BRETT J. SCHWARTZ<br>Nevada Bar No. 13755<br>8335 W. Flamingo Road<br>Las Vegas, Nevada 89147<br>*Attorneys for Plaintiff* | */s/ Griffith H. Hayes*<br>GRIFFITH H. HAYES<br>Nevada Bar No. 7374<br>2835 St. Rose Parkway, Suite 140<br>Henderson, Nevada 89052<br>*Attorneys for Defendant Walmart, Inc.* |

**ORDER**

Based on the parties' stipulation **[ECF No. 29]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

U.S. District Judge Jennifer A. Dorsey
Dated: August 25, 2026